**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROBERT HUNTER<br><br>   Plaintiff,<br>v.<br><br>TAQUERIA DOWNTOWN, et al<br><br>   Defendants. | Civil Action No.<br><br>2:19-cv-04526-SDW-SCM<br><br>**ORDER ADMINISTRATIVELY TERMINATING ACTION** |

  It has been reported to the Court that the above-captioned action has settled,

  IT IS on this May 26, 2020,

1. ORDERED that this action and any pending motions are hereby administratively terminated; and it is further

2. ORDERED that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

3. ORDERED that by 12/4/2020, the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

4. ORDERED that, absent receipt from the parties of dismissal papers or a request to reopen the action by the date specified above, the Court shall dismiss this action, without further notice, with prejudice and without costs.



*Honorable Steve Mannion, U.S.M.J.*
United States District Court,
for the District of New Jersey
phone: 973-645-3827

5/26/2020 9:41:28 PM

Original: Clerk of the Court
Hon. Susan D. Wigenton, U.S.D.J.
cc: All parties